**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LINDA S. FLOWERS,**

        **Plaintiff,**

**-vs-**                                  **Case No.  6:11-cv-572-Orl-28GJK**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

        **Defendant.**
_____

# ORDER

This case is before the Court on Plaintiff's Complaint seeking review of the final decision of the Commissioner of Social Security ("Commissioner") denying Plaintiff's claim for supplemental security income (Doc. No. 1) filed April 7, 2011.  The United States Magistrate Judge has submitted a report recommending that the final decision of the Commissioner be reversed and remanded.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed August 29, 2012 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The final decision of the Commissioner is **REVERSED** and **REMANDED** to the Commissioner for reconsideration of Plaintiff's Residual Functional Capacity ("RFC"),

specifically for a determination as to whether the side effects of Plaintiff's medications affect Plaintiff's RFC, pursuant to 42 U.S.C. § 405(g), sentence four.

3. The Clerk of the Court is directed to enter judgment in favor of Plaintiff in accordance with this Order and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 12th day of September, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record