UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LINDA S. FLOWERS,

        Plaintiff,

-vs-                              Case No. 6:11-cv-572-Orl-28GJK

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____

# ORDER

This case is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 28) filed September 14, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of Defendant's Objections to the Report and Recommendation (Doc. No. 30) and Plaintiff's Response thereto (Doc. No. 31), Defendant's objection to the payment of the fees directly to Plaintiff's attorney is **SUSTAINED**. The Court otherwise agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed September 27, 2012 (Doc. No. 29) is **ADOPTED** and **CONFIRMED** to the extent that the fees are approved to be paid. The Report and Recommendation is made a part of this Order to that extent.

    2.    Plaintiff's Uncontested Petition for Attorney's Fees is **GRANTED**.

3.	Attorney's fees in the amount of $4,191.90 are awarded to Plaintiff under the Equal Access to Justice Act ("EAJA"). The fees are payable to Plaintiff.

4.	The Commissioner of Social Security will accept Plaintiff's assignment of these EAJA fees and pay them directly to Plaintiff' counsel, if the U.S. Department of the Treasury determines Plaintiff does not owe a federal debt.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this  10  day of October, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record